## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HOLLY EDWARDS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Case No. CIV-25-1030-G** |
| | ) |
| **UNITED SERVICES AUTOMOBILE** | ) |
| **ASSOCIATION et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

On September 16, 2025, a Motion to Dismiss (Doc. No. 11) was filed by Defendant United States Automobile Association. Plaintiffs Holly Edwards and Timothy Edwards have since filed a Motion to Remand (Doc. No. 12), seeking to remand this matter to state court.

Due to the remand request, a stay of other pending matters is appropriate. *See Adair v. State Farm Fire & Cas. Co.*, No. CIV-23-1056-JD, 2023 WL 9052020, at *1 (W.D. Okla. Dec. 29, 2023).

IT IS THEREFORE ORDERED that the Motion to Dismiss (Doc. No. 11) is hereby STAYED and HELD IN ABEYANCE pending further order of the Court.

IT IS SO ORDERED this 1st day of April, 2026.

_____
CHARLES B. GOODWIN
United States District Judge